UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>    vs.<br><br>AMELIA CORALLUZZO,<br><br>            Defendant/Judgment Debtor,<br><br>    and<br><br>IVAR'S, INC.,<br><br>                          Garnishee. | NO. 3:16-mc-5015 BHS<br><br>(3:05-CR-5549-1)<br><br><br>**Order to Issue a Writ of Continuing Garnishment** |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment due and owing to the Defendant/Judgment Debtor, Amelia Coralluzzo, from Ivar's, Inc., the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Ivar's, Inc., whose address is Ivar's, Inc., Attn: Jeannine, 1001 Alaskan Way, Ste. 109, Seattle, WA 98104.

//

//

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

DATED this ___ day of _____, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kyle.forsyth@usdoj.gov

ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT